## SCOTT et al. v. BOARD OF TRUSTEES OF WACO INDEPENDENT SCHOOL DIST.
### (No. 6291.)

(Court of Civil Appeals of Texas. Austin. June 2, 1920. Rehearing Denied June 29, 1920.)

Appeal and error ⬤⟿627(2)—Timely filing of transcript on appeal from denial of temporary injunction jurisdictional.

Rev. St. art. 4644, requiring transcript on appeal·from order refusing temporary injunction to be filed in appellate court within 15 days after entry of record of the order, is imperative and jurisdictional; so that, filing being later, appeal will be dismissed.

Appeal from District Court, McLennan County; E. J. Clark, Judge.

Action by J. H. Scott and others against the Board of Trustees of Waco Independent School District. From an order refusing temporary injunction, plaintiffs appeal. Dismissed.

W. E. Lessing, of Waco, for appellants.
Sanford & Harris, of Waco, for appellee and the motion for appellee.

BRADY, J. This is an appeal from an order refusing a temporary injunction, which the record shows was entered March 26, 1920. The transcript was not filed with the clerk of this court until April 15, 1920.

Article 4644, Revised Statutes, providing for appeals in such cases, requires the transcript to be filed in the appellate court not later than 15 days after the entry of record of the order. The following cases hold that the statute is imperative, and that the requirement as to time of filing the transcript in the appellate court is jurisdictional; Baumberger v. Allen, 101 Tex. 352, 107 S. W. 526; Powdrill v. Powdrill, 134 S. W. 272. Therefore the motion is granted, and the appeal dismissed.

Motion granted. Appeal dismissed.